GABRIEL SANTOS-RODRIGUEZ
        Petitioner
   v.                                      **Judgment in a Civil Case**
SARA REVELL
        Respondent                 Case Number: 5:09-HC-2115-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondent's motion to dismiss and for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on May 10, 2011, with service on:
Gabriel Santos-Rodriguez 23223-069, Federal Medical Center, P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

May 10, 2011                                     /s/ Dennis P. Iavarone
                                                                               Clerk

Raleigh, North Carolina